IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

KEVIN FRANK WOODS,           )
                             )
   Plaintiff,                )
                             )
v.                           )   Case No. 3:13-cv-1130-DGW
                             )
JOSEPH FOREHAND, ADAM DULLES, and )
SCOTT HOWELL                 )
                             )
   Defendants.               )

## ORDER

**WILKERSON, Magistrate Judge:**

On December 7, 2015, this Court held a Final Pretrial Conference during which Plaintiff's Motions in Limine were discussed. Pursuant to the Conference, the Motion in Limine (Doc. 70) is **GRANTED IN PART, DENIED IN PART, and TAKEN UNDER ADVISEMENT IN PART** (Doc. 70). Motions in Limine 2, 3, 4, 5, 7, 8, 9, 10, 11, 12, and 13 are **GRANTED**. Motion in Limine 6 is **DENIED**, and Motion in Limine 1 is **TAKEN UNDER ADVISEMENT**: the Court will consider, if the issue arises at trial, whether Defendant can raise the length of Plaintiff's incarceration.

As discussed at the December 14, 2015 Status Conference, the trial date is **RESET** to **January 19, 2015 at 9:00 a.m.**

**IT IS SO ORDERED.**

**DATED: December 14, 2015**

                                           **DONALD G. WILKERSON**
                                           **United States Magistrate Judge**